

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-473-CV

IN RE MAIN ST. TRAVEL CENTER OF MONSEY, INC.          RELATORS
AND BEN WEBER

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and writ of prohibition and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and writ of prohibition is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: DAUPHINOT, LIVINGSTON, and MCCOY, JJ.

DELIVERED: December 29, 2008

------------

[1] *See* Tex. R. App. P. 47.4.